CAUSE NO. D3-14-00747-CV

DARRELL J. HARPER

v.

STATE OF TEXAS COMMISSION
ON JAIL STANDARDS, ET AL.

IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS

SITTING IN AUSTIN, TEXAS

MOTION FOR APPOINTMENT OF EFFECTIVE ASSISTANCE APPELLATE COUNSEL

TO THE CLERK'S OFFICE:

1. Now comes Appellant Darrell J. Harper, motioning the Court to appoint appellant competent assistance appellate counsel against Appellees, State of Texas, Commission on Jail Standards, et al.

2. Appellant, Darrell J. Harper whom is a person of a protected class was discriminated and harassed against for filing various forms of discrimination complaints.

3. The reason(s) for motion because of the history of discrimination Appellees, State of Texas Commission on Jail Standards et al., whom are RICO "Person" of a RICO "enterprise" has for lack of jurisdiction for prosecuting civil rights violators, which constitute specific prohibited behavior for the crime of extortion under the color of office by public official(s) living off the system depriving appellant of his civil and constitutional rights, this solidify concrete evidence of a finding of guilt from a conviction obtained by a violation of the privilege against self-incrimination, when a denial of effective assistance counsel perjure the oath to safeguard appellant's liberty failed to perform his tasks in violation of the Racketeer Influenced and Corrupt Organizations Act, in violation of the Universal Declaration of Human Rights, in violation of the Whistleblower Protection Act, in violation of the Federal Tort Claims Act and in violation of the Civil Rights Act of 1964, as amended.

WHEREFORE, Appellant, Darrell J. Harper, pray that the Motion is Granted.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957724
D.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

FILED
August 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
AUG 1 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## Certification De Service

Appellant, Durrell J. Harper, does hereby certify that the Motion is true and correct for Processing on or around Monday the 17th day of August 2015. in accordance with Tex. Civ. App. and Rules and Procedures.

Legal Mail

Darrell J. Harper
Inmate No. 1957724
D.B. Ellis Unit
1697 FM 980
Huntsville Texas 77343

Court Of Appeals
Third Judicial District
P.O. Box 12547
Austin Texas 78711-2547

NORTH HOUSTON TX 773

12 AUG 2015 PM 3 L

7871125474747